IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KHALED RIKABI, M.D.** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:05CV102** |
| | § | |
| **JIM NICHOLSON, SECRETARY,** | § | |
| **DEPT. OF VETERANS AFFAIRS** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [16] filed by Defendant Jim Nicholson, Secretary, Department of Veterans Affairs. The Court, after a review and consideration of the Defendant's Motion, Plaintiff's Response, the pleadings on file and the relevant law, finds that in accord with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant pursuant to FED. R. CIV. P. 56. Plaintiff's case is hereby dismissed. All remaining pending motions are hereby rendered moot, and each party shall pay its own costs.

**SO ORDERED AND ADJUDGED** this the 16th day of November, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE